# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00386-CV

### In re Joseph R. Willie, II and Shalanda D. Moore

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relators Joseph R. Willie, II and Shalanda Moore filed a petition for writ of mandamus and requested that this Court order the trial court to vacate an order entered on June 11, 2012. The stated basis for the requested relief is that Relators had filed Motions for Release on Personal Recognizance after the trial court held them in contempt on May 9, 2012, and that the trial court was therefore required by statute "to refer their motions to the Presiding Judge of the Third Administrative Judicial region for the assignment of another judge to determine the guilt or innocence of the Relators." *See* Tex. Gov't Code Ann. § 21.002(d) (West 2004) (officer of court who is held in contempt by trial court shall, on proper motion, be released on his own personal recognizance pending determination of his guilt or innocence by judge other than judge of offended court). Instead, the trial court conducted a hearing on June 11, 2012 and entered the order Relators seek to vacate. For Relators to be entitled to the relief they seek in this petition, the May 9, 2012 order must be one that held Relators in contempt. *See id.* Having reviewed the May 9, 2012 order, we conclude that it is not a contempt order, but rather a sanctions order. *See Stripling v. Williams*, No. A14-89-00331-CV, 1990 WL 28920, at *2 (Tex. App.—Houston [14th Dist.] Mar. 15, 1990,

no writ) (order that does not confine or punish party for conduct, but merely orders him to comply with court orders is not contempt order); *cf. Velasquez v. Lunsford*, No. 14-99-00186-CV, 2000 WL 64115, at *2 (Tex. App.—Houston [14th Dist.] Jan. 27, 2000, no pet.) (order was contempt order rather than sanctions order because it stated that party was in contempt and sentenced party to ten days in jail).

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a). The stay order issued by this Court on June 13, 2012 is lifted.

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Filed: July 6, 2012